IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES COSTELLO,

    Defendant.                              Case No. 05-CR-30213-DRH

## ORDER

**HERNDON, District Judge:**

        This matter is before the Court on Defendant's Motion to Continue Trial Setting. (Doc. 12.) Defendant's motion states that his counsel only entered his appearance on behalf of Defendant on February 15, 2006, and that the trial is currently set for March 13, 2006. (*Id.* at ¶¶ 1-2.) Therefore, Defendant's "[c]ounsel has not had sufficient time to obtain and review discovery, as well as prepare the defense of Mr. Costello." (*Id.* at ¶ 3.) The Government does not object to Defendant's Motion. (*Id.* at ¶ 4.)

        The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's Motion to Continue. (Doc. 12.) The Court **CONTINUES** the jury trial scheduled for Monday, March 13, 2006 at 9:00 a.m. to **Monday, May 15, 2006, at**

1

**9:00 a.m.**  The time from the date the original motion to continue (Doc. 12) was filed, March 1, 2006, until the date to which the trial is rescheduled, May 15, 2006, is excludable time for the purposes of speedy trial.

      **IT IS SO ORDERED.**

      **Signed this 2nd day of March, 2006**

      <u>/s/       David   RHerndon</u>
      **United States District Judge**